UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Young Yil Jo, Civil 00-2582 MJD/FLN

Plaintiff,

v. ORDER

Donald G. Tomsche and M. Ryan,

Defendants.

---

On June 15, 2001, judgment was entered against the Plaintiff, and the above referenced action was dismissed without prejudice. The time for making post trial motions and to appeal from that final order has long since expired. See Fed. R. Civ. P. 59; 60; Title 28 United States Code, Section 2107. Over the past 8 months Plaintiff has delivered to the Court's Clerk six additional papers. See Docket Entry ## 17-21. The last submission was called, "The Question of Law and Executive Privilege, Executive Clemency, a Writ of Execution, and Executive Order." It is impossible to tell from the text what, if any, relief plaintiff seeks by this document. Plaintiff's complaint was dismissed without prejudice, because he failed to submit an initial partial filing fee, and failed to supply his prisoner trust account information. None of the post judgment papers he has submitted appear to be pleadings which would correct these defects. Moreover, none of Plaintiff's post judgment submissions are authorized by the Federal Rules of Civil Procedure, or the Local Rules of this Court.

Based upon the foregoing, IT IS HEREBY ORDERED that the Plaintiff's last submission to the Clerk's Office be returned to him, and that any future papers Plaintiff seeks to file in this case be likewise returned.



FILED FEB 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: February 28, 2002.

FRANKLIN L. NOEL
United States Magistrate Judge